In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00418-CR
_____

**LUIS ENRIQUE RIVERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 09-02-01421**

**MEMORANDUM OPINION**

On September 14, 2018, Luis Enrique Rivera filed a notice of appeal from an order signed March 26, 2018, which denied in part Rivera's request for the return of property in his criminal case.[1] We questioned our jurisdiction. Rivera filed a response, but his response failed to establish that Rivera timely perfected an appeal

_____

[1] Rivera's capital murder was affirmed on appeal. *See Rivera v. State*, 381 S.W.3d 710, 715 (Tex. App.—Beaumont 2012, pet. ref'd). None of the documents submitted by the appellant suggest that the seized items have been the subject of a civil forfeiture proceeding.

from an appealable order. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on December 4, 2018
Opinion Delivered December 5, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.